JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13–4419 PA (MRWx) | Date | June 28, 2013 |
|---|---|---|---|
| Title | Alberto Sanchez v. The Kroger Co., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

On June 21, 2013, the Court issued an order provisionally remanding this action to the Los Angeles Superior Court as a result of procedural defects in the Notice of Removal.  In its June 21, 2013 order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects.  Specifically, plaintiff was directed to inform the Court in writing by June 27, 2013, if it objected to the remand.  To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects.  Accordingly, for the reasons stated in the June 21, 2013 order, this action is remanded to Los Angeles Superior Court, Case No. BC 510725.

IT IS SO ORDERED.